1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEE YANG** ) | **Case No**: **CIV-06-2658 EFB** |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MOTION FOR SUMMARY** |
| **v.** ) | **JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of July 9, 2007 to August 10, 2007.  This is plaintiff's first extension and is required due to plaintiff's attorney's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated:  July 9, 2007 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |
| | |
| Dated: July 9, 2007 | McGregor W. Scott |
| | United States Attorney |
| | |
| | By:*/s/ Peter Thompson for Katherine Loo* |
| | PETER THOMPSON |
| | Special Assistant United States Attorney |
| | Social Security Administration |
| | |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  July 16, 2007.

_____
EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2