BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
1023 H Street, Suite B5
Sacramento, CA 95814
Telephone: (916) 448-8600
Facsimile: (916) 448-8605

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MEE YANG** | Case No: **CIV-06-2658 EFB** |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security of the United States of America,** | |
| **Defendant.** | |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date August 10, 2007, to August 15, 2007. This extension is required due to plaintiff's attorney's computer problems which have prevented her from completing the brief.  Opposing Counsel's brief will then be due October 1, 2007,  because of  her previously scheduled absence from the office for much of September.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated:  August 10, 2007 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: August 10, 2007 | McGregor W. Scott |
| 7 | | United States Attorney |
| 8 | | By: *Katherine Loo* |
| 9 | | KATHERINE LOO |
| | | Special Assistant United States Attorney |
| 10 | | Social Security Administration |
| 11 | | |
| 12 | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  August 14, 2007.

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

2